**Dismissed and Memorandum Opinion filed November 21, 2013.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-13-00846-CR

---

**GARY WAYNE FLIM, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 185th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1361607**

---

## M E M O R A N D U M   O P I N I O N

On May 2, 2013, we dismissed appellant's attempted appeal in this case for lack of jurisdiction. *Flim v. State*, 14-13-00220-CR, 2013 WL 1867600 (Tex. App.—Houston [14th Dist.] May 2, 2013, no pet.) (not designated for publication). Appellant has filed another notice of appeal in this trial court cause number from the trial court's failure to grant him permission to appeal.

Only the Texas Court of Criminal Appeals has jurisdiction over matters related to post-conviction relief from a final felony conviction. *See Ater v. Eighth Court of Appeals,* 802 S.W.2d 241, 243 (Tex. 1991); *see also* Tex. Code Crim. Proc. Ann. art. 11.07; *Board of Pardons & Paroles ex rel. Keene v. Court of Appeals for Eighth Dist.,* 910 S.W.2d 481, 483 (Tex. Crim. App. 1995) (holding that article11.07 provides the exclusive means to challenge a final felony conviction).

Accordingly, we dismiss the appeal for want of jurisdiction.

PER CURIAM

Panel consists of Justices Christopher, McCally, and Donovan.
Do Not Publish — Tex. R. App. P. 47.2(b).